UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JACKALYNN CRAVEN LAUGHNER        JURY TRIAL DEMANDED

v.        CASE NO. 3:10CV

GRADY & RILEY, LLP

## **COMPLAINT**

1. This is an action for damages, costs and attorney's fees seeking relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692.

2. This Court has jurisdiction. 15 U.S.C. §1692k; 28 U.S.C. §1331.

3. Plaintiff is an individual who resided in Seymour Connecticut during 2009.

4. Plaintiff is a consumer within the meaning of the FDCPA.

5. Defendant is a law firm in the practice of consumer debt collection.

6. Defendant engaged in efforts to collect from plaintiff a personal credit union account

7. Defendant obtained a default judgment in 2008 in the sum of $9,071.74.

8. Defendant did not seek or obtain a court order for post-judgment interest.

9. In connection with obtaining the default judgment against plaintiff, defendant did not allege or prove any facts demonstrating that plaintiff had unlawfully detained money.

10. The court did not make any factual finding that plaintiff had wrongfully detained money.

11. No court order entered allowing post judgment interest.

12. On July 20, 2009, defendant sent plaintiff a letter claiming that $10,459.20 was due, "including interest to date."

13. The balance claimed due was deceptive, misleading, or illegal as to the interest component.

14. Defendant's letter asserted falsely that "Further action has been initiated against you" and demanded contact within five days lest "court-ordered seizure of your non-exempt property or attachment of your non-exempt wages may take place. You may then be responsible for additional court costs and marshal's fees."

15. By the date of the letter, defendant had verified numerous times that plaintiff's sole income was from worker's compensation.

16. Defendant was attempting to create a false sense of urgency.

17. Defendant continues to this date to add postjudgment interest to the judgment it obtained against plaintiff.

18. Defendant has a regular pattern and practice of seeking postjudgment interest despite failing to allege or prove that a defendant has wrongfully detained funds.

19. Defendant has a regular pattern and practice of seeking postjudgment interest despite failing to request or receive an award of postjudgment interest.

20. In the course of the collection, defendant violated §1692d, -e, or -f(1).

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully prays that relief be granted as follows:

(a) That judgment be entered against Defendant for statutory damages, pursuant to 15 U.S.C. § 1692k;

(b) That the Court award costs and reasonable attorneys' fees, pursuant to 15 U.S.C. § 1692k(a)(3); and,

(f) That the Court grant such other and further relief as may be just

3

and proper.

          PLAINTIFF,

        BY **/s/ Joanne S. Faulkner**
           Joanne S. Faulkner ct04137
           123 Avon Street
           New Haven, CT 06511-2422
           (203) 772-0395
           faulknerlawoffice@snet.net

3